State of Michigan
United States District Court - Eastern District of Michigan

**George Dejesus and Melvin Dejesus**
, Plaintiff

Case No.: **2:22-cv-12879-SDK-JJCG**

**William Harvey et, al.**
, Defendant

For:
**Mueller Law Firm**
**Wolfgang Mueller (P- 43728)**
**41850 West 11 Mile Road**
**Suite 101**
**Novi, Michigan 48375**

### AFFIDAVIT OF DELIVERY

Received by Dart Group Incorporated to be served on **William Harvey**.

I, **Eric Fluegge**, being duly sworn, depose and state that on **December 13th, 2022** at **2:47 pm, I:**

Delivered a Copy of the **Summons, Complaint and Jury Demand** to **Genefer Harvey, Wife of Defendant,** at **35394 Edmunds Grove, New Baltimore, Michigan 48047.**

I certify that I am over the age of 18 and have no interest in the above Captioned Matter.

Subscribed and Sworn to before me on this day December 14, 2022 by the Affiant who is Personally Known to me.

Ian T. Paulsen
Notary Public, State of Michigan
County of Oakland
My Commission Expires 10/24/2028
Acting in the County of Oakland

Eric Fluegge
Process Server

Dart Group Incorporated
55 E. Long Lake Road, Suite 215
Troy, MI 48085
248-619-7899

Our Job Number: 51220
Reference: George Dejesus and Melvin Dejesus